UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY XAVIER HOUSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>    Defendants. | **1:21-cv-00953-GSA (PC)**<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS ON COURT'S FORM OR PAY FILING FEE WITHIN 45 DAYS** |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee, or submitted an application on the court's form to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **June 25, 2021**              **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE